FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 8 2016

MATTHEW J. DYKMAN
CLERK

Edward Brian Crist 1000226635
Full Name/Prisoner Number

100 Deputy Dean miera Rd
ABQ NM. 87151
Complete Mailing Address

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Civil Action No. __16 cv 1190   RB/KBM__
(To be supplied by the Court)

Edward Brian Crist

1000 226 35 , Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

Officer Jared Nix, officer Tomy Gonzalez
Officer Johnny Garcia, Sandia Pueblo Police Dept. , Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Edward Brian Crist is a citizen of New Mexico who
   (Plaintiff)                              (State)

presently resides at 100 Deputy Dean1 Miera Rd .
                    (mailing address or place of confinement)

2. Defendant Jared Nix is a citizen of New Mexico
              (name of first defendant)                    (State)

whose address is 481 Sandia Loop Bernalille ,

and who is employed as Officer Sandia Pueblo . At the time the claim(s)
                       (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
   ✓ Yes ____ No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _Tommy Gonzales, Johnny Garcia_ is a citizen of _New Mexico_
   (name of second defendant)                                    (State)

whose address is _481 Sandia Loop, Bernalillo nm 87004_

and who is employed as _Officer Sandia Pueblo_ . At the time the claim(s)
                       (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
___✓ Yes ____ No.  If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
___✓ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B.  NATURE OF THE CASE

**BRIEFLY** state the background of your case. _Officer nix, gonzales, garcia conspired with Detective Lopez To Tamper with evidence and Falsify Documents Denying Edward Crist of His I, VIII, and XIV amendment rights, conspiracy To commit all of the above_

## C.  CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _the I, VIII, XIV amendments have been violated. See attached Tampering with Evidence, Falsifying Public Record, conspiracy To do all of the above_

On June 9th 2016 Officer Jared Nix Did arrest Edward Brian Crist For a Felon in Posession of a Firearm and Posession of a Controlled Substance. at Sandia Casino on the 4th Floor of the Parking structure. Edward Crist was transported to MDC. by officer Tommy Gonzales of Sandia Pueblo police Dept. and Booked into MDC under the Ficticous name of Robert Kirksey # T-4-FR-16-003073 or Sandias case # 16-000713. Sandia Pueblo Police Dept had Jurisdiction on this arrest and should have transported Mr Crist To Sandaval County to be hold and tried ~~Probably~~ by the United States District Court. All Evidance in Case # 16-000713 or T-4-FR 003073 should remain ~~pre~~ Preserved and in safe Keeping at Sandia. Evidence locker. According To Request For Forensic Services 16-005-2248 a shot Gun was tested For Latent prints in connection with

alleged Crimes outlined in CR 16-1969.
CR 16-1969 is a Fraudulant Document
and can be proven as Such. There
was no shots Fired call where Mr.
Crist was in Custody For shooting
at a motor vehicle and a Shot
Gun was not Found as a result
of a shots Fired call. It is My
claim that OFFicer Jased Nix,
Tomy Gonzales and Johnny Garcia
conspired with Detective Joe Lopez
To Falsify Criminal complaint by
Ficticously booking Edward Crist
into Custody at MSDC. under the
Name Robert Kirksey. # T-4-FR-16-003673
Furthermore Plantiff contends that
Sandia Pueblo allowed evidance in
Case # 16-000713 To be tampered
with or moved into a different
Case # 16-1969. Inadvertantly the
Ficticous Criminal complaint was Re Fred
Freeing up the Shot Gun as evidance
in case #16-000713 or T-4-FR-16 00373
and allowing Detective Lopez to make
the False statements and testify illegally
To a ShotGun that is not in Evidance
in APD.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** The Supportive Facts are outlined in case # C00713 in Sandial Pueblo Police Dept. and # T-4-FR-16-003073 in APD. The shot Gun was tested in accordance

Supporting Facts: to case #16-1969 and had no authority to do so. Request For Forensic Service 16-0052248 Dated 6/27/2016 Signed by David Waufmire. Furthermore The (Criminal Complaint (T-4-FR-2016-003073) is not endorsed by county clerk or given arrest # or Docket #. The Defendants Did Falsify Documents, Deny Due process False arrest, False Imprisonment Cruel and unusual punishment, Tamper with Evidance and Conspiracy to commit all of the above.

APD case# CR-16-1969

3

**Claim III:** *Conspiracy to commit all of the above*

Supporting Facts:

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? _____ Yes _____ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a.  Parties to previous lawsuit:

   Plaintiff(s): *Edward Brian Crist*

   Defendant(s): *Dective Joe Lopez*

b.  Name and location of court and docket number *US District Court of New Mexico 16-CU-00950 MV-LM*

c.  Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) *both pending 16-CU-01107 MV-LAM*

d.  Issues raised: *Perjury False arrest, False Imprisonment, due process, cruel + unusual punish*

e.  Approximate date of filing lawsuit: *August 29 2016*

f.  Approximate date of disposition: *none*

2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _____ Yes ✓ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3.  I have exhausted available administrative remedies. _____ Yes ✓ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

*not administrative*

4

## E.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.  Parties to previous lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

b.  Name and location of court and docket number _____

c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: _____

e.  Approximate date of disposition: _____

2.  Are you in imminent danger of serious physical injury?  ____ Yes  _✓_ No.  If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G.  REQUEST FOR RELIEF

I request the following relief: Due To the Gross negligence of all officers Involved From Sandia Pueblo Police Depart, Tampering with evidence, Falsly Arresting, False Imprisonment, Falsifying Documents cruel and unusual punishment, denial of Due Proces I Demand For Punitive, compensatory, and monetary Damages $1,000,000 as Relief Requested and Dismissal of case #5J6000713

United States District Court
District of New Mexico

Edward Brian Crist
Plantiff

v

Jared Nix, Tommy Gonzales
Johnny Garcia, Sandra Pueblo police Dept.

notice to the Court

Comes Now the plantiff Edward Brian
Crist on his own behalf (pro Se)
requesting of this Honorable Court
To allow as argument and evidance
as to the Following Documents

1) Request For Forensic Service 16-005248
   shot gun From case # 16 000713 was
   Tested in reference to another
   case # 16-1969 exhibit A

2) Incident Report by Jared nix
   That clearly states the facts and
   case #16 000713 exhibit B

(1)

3) Ficticious Criminel Complaint
   with Robert Kirksey on it.

4) arrest record and offense
   Report of Feler in possession
   of a Firearm clearly Dated
   6/9/16 at 1:30 AM. case #
#16 000713 exhibit D

5) Evidence tags of Shotgun in
   question clearly tagged 16-000713
   in Sandia Pueblo Police Dept

                    RespectFully Submittal
                    Eddie Cris

                         2

06/27/2016 MON 6:39 FAX 505 241 1200 Second Judicial DA                    ☑001/001

This is CR-16-1969                                                         16-0052248    4/6V

# REQUEST FOR FORENSIC SERVICE

**ALBUQUERQUE POLICE DEPARTMENT**

**CRIME LABORATORY**

(505) 823-4200 phone

(505) 823-4201 fax

CASE #: 16-052248

OFFENSE: Armed Robbery (FE)

OFFENSE LOCATION: 6215 San Antonio Dr. NE

VICTIM: Jacob Bonilla & Brent Yellowhair
Blake's Lotaburger

## FORM MUST BE FILLED OUT COMPLETELY TO AVOID A DELAY IN SERVICES

| | | |
|---|---|---|
| REQUESTOR'S NAME: David Waymire | AGENCY: DA's Office | DATE OF REQUEST: 6-27-16 |
| AREA COMMAND/ UNIT: Violent Crimes | OFFICE/CELL PHONE: 222-1255 | EMAIL: dwaymire@da2nd.state.nm.us |
| DATE RESULTS REQUESTED BY: 8-31-16 | DATE OF OFFENSE: 6-8-16 | CASE AGENT: Joe Lopez #5425 |
| ARRAIGNMENT DATE: Just indicted 6-24-16 | TRIAL DATE: pend is from court | |

### Additional Required Information for Latent and DNA Requests:

SID# 195-630
APD# 46332 CC7k₂

| | | | |
|---|---|---|---|
| SUSPECT: Edward Bryan Crist | DATE OF ARREST: 6-10-16 | DOB: 5-2-73 | APD #: |
| SUSPECT: | DATE OF ARREST: | DOB: | APD #: |
| SUSPECT: | DATE OF ARREST: | DOB: | APD #: |

### *Additional Required Information for DNA Requests:

| | | |
|---|---|---|
| *DETECTIVE: | *AREA COMMAND/ UNIT: | *OFFICE/CELL PHONE: |

## DESCRIPTION OF EVIDENCE/SELECTION OF TEST(S)

| Item | Description | Drugs | DNA | FA/TM | Latent Prints |
|---|---|---|---|---|---|
| | Latent prints lifted from Lotaburger (JL) | | | | X |
| | Shotgun collected from NM 910NTB (kk) | | | | X |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Time Stamp

## ADDITIONAL COMMENTS:

DA# 2016-03517-1

Please examine latent lifts from Lotaburger and shotgun recovered from vehicle bearing NM 910 NTB. If any workable prints please compare to listed suspect.

## CHAIN OF CUSTODY FOR IN-PERSON TRANSFERS

| Item | Transferred From | | | Transferred To | | | Date | Time |
|---|---|---|---|---|---|---|---|---|
| | Print | Sign | Agency | Print | Sign | Agency | | |
| | | | | | | | | |
| | | | | | | | | |

PD 4201 Rev. (1/16)

exhibit A

*[handwritten top:]* EC.

*[handwritten:]* arrest # or File # on this criminal complaint

[For use with District Court Rule 5-201 NMRA,
Magistrate Court Rule 6-201 NMRA,
Metropolitan Court Rule 7-201 NMRA and
Municipal Court Rule 8-201 NMRA]

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
METROPOLITAN COURT

*[handwritten:]* This is not my name

v.

KIRKSEY, ROBERT
704 Glacier Bay ST SE
ALBUQUERQUE, NM, 87123
DOB: 5/2/1973
NM DL# 039027151

*[handwritten:]* This is my old address, D.O.B. and Drivers License #

*[handwritten:]* This is the case # QPD gave this case

No. *[handwritten:]* T-4-FR-16-03073 EC.

CRIMINAL COMPLAINT

CRIME:    1)  POSSESSION OF A FIREARM OR DESTRUCTIVE DEVICE BY A FELON        ( FELONY )

POSSESSION OF CONTROLLED SUBSTANCE

The undersigned, under penalty of perjury, complains and says that on or about        June 09, 2016
in the County of    BERNALILLO , State of New Mexico, the above-named defendant did:

On Thursday June 9, 2016, at approximately 01:19 hrs., I was dispatched to the Sandia Resort and Casino, located at 30 Rainbow Road in Albuquerque, NM, in refernece to a firearms exchange on the fourth level of the parking structure. Upon arrival, I made contact with security and reviewed footage, I observed the driver of a red in color honda passenger car make a firearm exchange with the owner/operator of a white in color vehicle. Video surveillance showed a shotgun or long rifle was placed in the trunk of the vehicle. We were able to locate the male subject taking the firearm who placed it in the trunk of his car. Myself and assisting Officer's Johnny Ray Garcia and Tommy Gonzales made contact with a Mr. Edward Crist on the fourth level parking garage going to the white four door vehicle bearing NM Plate 910TNB were the firearm was observed being placed on video. While talking to Mr. Crist he stated he was a convicted felon and that there is a shot gun in the trunk of his car that he recieved earlier from a unknown male in a red in color vehicle. Mr. Crist was placed under under arrest. While pat seaching Mr. Crist a glass pipe and 3 small baggies of a black substance possibly black tar Herion was located in his right front pocket. Dispatch notified me that APD ran the vehicle approximately 10 times earlier tonight, I made contact with dispatch and they stated that the vehicle was invioved in two armed robberies in Albuquerque, NM earlier in the night. I coordinated this with APD and an investigator was notified.

Mr. Crist granted permission to open the trunk of his vehicle and retrieve the firearm. I retrieved a 12 gauge shotgun and it had 6 shot gun shells loaded and a military Flak Jacket was also next to the shotgun. Mr. Crist was transported to the Sandia Police Department for processing. Upon inventory of the vehicle a black bag with the word "Thule" was located on the driver seat with a baggie of superced crystal meth, two digital scales, a plastic bag with "magic mushrooms" 2 cell phones, and individual plastic bags. The vehicle was towed by duggers towing for safe keeping for investigation. Mr. Crist was transported to the Metropolitan Detention Center were he was booked and served with his paperwork.

NMSA 1978.

contrary to Sections(s)        30-17-16

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT

Man #  0242

Complainant: JERADE NIX

Title:  PATROLMAN, PUEBLO OF SANDIA POLICE DEPARTMENT

Note: This complaint may not be filed without the prior payment of a filing fee unless approved by the District Attorney or a Law Enforcement Officer authorized to serve an Arrest or Search Warrant. Approval of the District Attorney or a Law Enforcement Officer is not otherwise required.
History   (As amended, effective September 1, 1990, April 1, 1991; November 1, 1991.)

*[handwritten:]* exhibit C

Case No: 16-000713

Investigator Lopez to meet with me at Sandia Police Department. Mr. Crist was transported to the Sandia Police Department for processing.

Officer Garcia conducted a inventory search of the vehicle. Upon inventory of the vehicle Officer Garcia retrieved a black bag with the word "Thule" that was located on the driver seat. The black bag contained a clear ziplock bag of suspected crystal meth, two digital scales, a plastic bag with "magic mushrooms", 2 cell phones, and several individual ziplock plastic bags. These items were seized for evidence. The vehicle was towed by Duggers towing for safe keeping pending further investigation.

Investigator Joe Lopez from APD arrived at the office and questioned Mr. Crist of two possible armed robberies that occurred in Albuquerque, NM earlier in the night. Field test were conducted on the suspected crystal Meth and was positive for crystal methamphetamine, and weighted 25 grams. A field test was conducted on the brown sticky substance and was positive for heroin weighed at 2 grams. The mushrooms weighted in at 3 grams. All items seized were submitted into the Sandia Police Department Evidence Locker.

Mr. Crist was transported to the Metropolitan Detention Center by Officer Gonzales, were he was booked and served with his paperwork. I later returned to Sandia Casino and reviewed the surveillance video footage of the incident. The video shows a red in color Honda passenger car entering the casino new parking structure at approximately 00:59 hrs with two white male subjects. The vehicle drives to the 3rd level and drives around on the 3rd level. On one of the cameras I could see the passenger holding something against his chest and appeared to be like a rife. The vehicle then enters the 4th level parking lot and drives around the 4th level and then returns back on the 3rd level. At approximately 01:15 hrs., the vehicle enters the 4th level parking lot again and parks next to the white vehicle Bearing NM Plate 910TNB. The passenger in the red honda gets out and walks to the trunk of the honda then enters back into the passenger seat.

Mr. Crist, the driver of the white vehicle, and the driver of the red Honda exit and transfer the shotgun to Mr. Crist who places it the truck of his vehicle. The Red Honda then leaves the 4th level parking lot and exits the parking structure at 01:17 hrs. I was unable to get a License Plate number on the red Honda vehicle due to the cameras being blurry.

On video it shows Mr. Crist and a unknown female exit the white vehicle and open the trunk. Mr. Crist moves the shotgun and re closes the trunk and both Mr. Crist and the unknown female enter back into the casino. A short time later is when my self and other Officers made contact with Mr. Crist on the 4th level parking lot.

Surveillance video will be requested and a supplemental report will be submitted once video is received.

No further information. End of report.

Exhibit B
Pg 2

# PUEBLO OF SANDIA POLICE DEPARTMENT

## Offense / Incident Report

**Report Type:** Cumulative Report

### GENERAL OFFENSE INFORMATION

**Location** 30 RAINBOW ROAD
Albuquerque NEW MEXICO 87113

**Agency** PUEBLO OF SANDIA POLICE DEPARTMENT

**Case #** 16-000713

**File #**

**Description** Felony possession of firearm

**Incident Status** CLEARED BY ARREST

**From Date/Time** 06/09/2016 01:30
**To Date/Time** 06/09/2016 01:30
**Report Date** 06/09/2016 02:54
**Initial Rep. Date** 06/09/2016 02:54

**Reporting Officer** NIX, JERADE

### OFFENSE(S)

**Offense** POSSESSION OF FIREARM OR DESTRUCTIVE DEVICE BY A FELON (F)

**Statute** 30-7-16
**Attempt Status** COMPLETED
**Offense Status** ACTIVE
**Location** GAMBLING FACILITY/CASINO/RACE TRACK
       **Alcohol** N      **Drug** N
**Computer** N
**Weapons** FIREARM
**Criminal Activity** POSSESSING/CONCEALING
**Bias Type** NONE (NO BIAS)    **Bias Motivation**

**Offense** POSSESSION OF A CONTROLLED SUBSTANCE (FELONY) (F)

**Statute** 30-31-23(D)
**Attempt Status** COMPLETED
**Offense Status** ACTIVE
**Location** GAMBLING FACILITY/CASINO/RACE TRACK
       **Alcohol** N      **Drug** N
**Computer** N
**Weapons** NONE
**Criminal Activity** POSSESSING/CONCEALING, DISTRIB./SELLING
**Bias Type** NONE (NO BIAS)    **Bias Motivation**

### COMPLAINANT

| Name | SECURITY, SANDIA | | | Phone 505-798-7700 |
|---|---|---|---|---|
| Address | 30 RAINBOW ROAD  ALBUQUERQUE NM 87113 | | | DOB |
| Race | | Ethnic | Sex | Eyes |
| Height | | Weight | Hair | |
| S.S.N. | | DL & St. | JRN# | |

exhibit D

Tuesday, Jun 21 2016    10:00    CHAVEZ, JAMES    Page 1 of 10



Case No: 16-000713

# Incident # 16-000713

## NIX, JERADE

On Thursday June 9, 2016, at approximately 01:19 hrs., I was dispatched to the Sandia Resort and Casino, Located at 30 Rainbow Road in Albuquerque, NM, in reference to a firearms exchange on the fourth level of the parking structure.

Upon arrival, I made contact with sandia security and Officer Johnny Garcia who had reviewed video footage of the incident. Officer Garcia stated he observed on video the driver of a red in color honda passenger car make a firearm exchange with the owner/operator of a white in color vehicle. Officer Garcia stated the video surveillance showed a shotgun or long rifle was placed in the trunk of the vehicle, a white four door vehicle Bearing NM Plate 910TNB.

Security stated the male subject from the white car was in the elevator and was going to the fourth level parking lot toward his car. Myself, Officer Garcia and Officer Tommy Gonzales made our way to the fourth level parking lot. We were able to locate the male subject shown on video taking the firearm who placed it in the trunk of his car. Myself and assisting Officer's Garcia and Gonzales made contact with a Mr. Edward Crist, identified through his New Mexico Drivers License, on the fourth level parking garage by the white four door vehicle Bearing NM Plate 910TNB were the firearm was observed being placed on video. We informed Mr. Crist the reason we stopped him was because he was seen on video taking a firearm from a unknown male in a red Honda vehicle and placing it inside the trunk of his vehicle.

While talking to Mr. Crist he stated he is a convicted felon and that there is a shot gun in the trunk of his car that he received earlier from a unknown male in a red in color Honda vehicle. Mr. Crist was placed under detention. I ran Mr. Crist through dispatch and they informed me that Mr. Crist had prior Felony charges and was recently discharged from probation. While pat searching Mr. Crist a glass pipe and three small baggies of a black substance, suspected black tar Heroin, was located in his right front pocket. These items were seized for evidence.

When I ran the License Plate on the vehicle, it returned to a 2004 Buick four door passenger car and was registered to Edward Crist. Dispatch notified me that Albuquerque Police Department (APD) ran the vehicle approximately 10 times earlier tonight. I made contact with dispatch and they stated that the vehicle was involved in two armed robberies in Albuquerque, NM earlier in the night. Sandoval County Dispatch notified APD dispatch of the incident.

Mr. Crist granted permission to open the trunk of his vehicle and retrieve the firearm. I asked Mr. Crist for the keys to his vehicle that were in his hand. I asked Mr. Crist who the shotgun belonged to and he stated he bought if off the streets. Mr. Crist gave me his keys and when I opened the trunk, I retrieved a 12 gauge model 88 Maverick shotgun which had six shot gun shells loaded. A military Flak Jacket was also next to the shotgun. I ran the shotgun serial number through dispatch to see if it was stolen. The shotgun was clear and was not reported stolen. The shotgun and flack jacket were seized for evidence.

Sandoval County Dispatch notified me that Investigator Joe Lopez from APD wanted to speak to me about the incident. I informed Investigator Lopez of the incident and he wanted to interview Mr. Crist of the two armed robberies that Mr. Crist might have been involved in. I coordinated with

exhibit B pg1

*10*

Case No:   16-000713

# Incident # 16-000713 (1)

## GONZALES, TOMMY

On Thursday June 9, 2016, at approximately 01:19 hrs., I was dispatched to the Sandia Resort and Casino, Located at 30 Rainbow Road in Albuquerque, NM, in reference to a firearms exchange on the fourth level of the parking structure.

Upon my arrival, I observed a individual matching the description of the suspect in question of the firearm exchange, exit the fourth level elevator and precede to his vehicle.  Officer Jerade Nix made contact with the individual in question and identified him as Edward Brian Crist.  Officer Nix got verbal consent to enter Mr. Crist vehicle.  Mr. Crist was cooperative with police Officers and did not resist to questioning.  I observed Officer Nix retrieve a shot gun and a armor type vest from the vehicle trunk. Officer Nix down loaded the shot gun and rendered it safe taking out six shot gun shell rounds.  Officer Nix placed Mr. Crist in investigative detention and pat searched him for weapons for his safety and for the safety of the police that were present.  Officer Nix came into contact with some drug paraphernalia and possible drugs in a small clear plastic bag.  The color of the unknown drug was black in color and a clear glass pipe known to be used for drug consumption.

Officer Nix placed Mr. Crist under arrest and was transported to Sandia police station for booking.  I transported Mr. Crist from the Sandia Resort and Casino to tjhe Sandia police station.  I also transported Mr. Crist to Metropolitan Detention Center (MDC), for Officer Nix.  No further incident at this time.  End of report.

Case No:   16-000713

# Incident # 16-000713 (2)

### GARCIA, JOHNNY

On Thursday  June 9, 2016, at approximately 01:19 hrs., I was dispatched to the Sandia Resort and Casino, Located at 30 Rainbow Road in Albuquerque, NM, in reference to a firearms exchange on the fourth level of the parking structure.

Upon my arrival, I observed an individual matching the description of the suspect in question of the firearm exchange, exit the fourth level elevator and precede to his vehicle.  Officer Jerade Nix and I made contact with the individual in question and identified him as Edward Brian Crist.  Officer Nix got verbal consent to enter Mr. Crist vehicle.  Mr. Crist was cooperative with police Officers and did not resist to questioning.  I observed Officer Nix retrieve a shot gun and a armor type vest from the vehicle trunk.  Officer Nix down loaded the shot gun and rendered it safe taking out six shot gun shell rounds. I placed Mr. Crist under investigative detention and pat searched him for weapons for his safety and for the safety of the police that were present.  Officer Nix came into contact with some drug paraphernalia and possible drugs in a small clear plastic bag.  The color of the unknown drug was black in color and a clear glass pipe known to be used for drug consumption.

Officer Nix placed Mr. Crist under arrest and was transported to Sandia police station for booking.

## PUEBLO OF SANDIA POLICE DEPARTMENT
### Media Report



Name: NONE
File Type: OTHERS
Link To: NONE
Tatto/Scar:
Position:
Date: 06/09/2016
Notes:

06/21/2016 10:00

# PUEBLO OF SANDIA POLICE DEPARTMENT
## Media Report



Name: NONE
File Type: OTHERS
Link To: NONE
Tatto/Scar:
Position:
Date: 06/09/2016
Notes:

06/21/2016 10:00

United States District Court
District of New Mexico

Edward Brian Crist
Plaintiff
v
Jared Vix, Tommy Gonzales
Johnny Garcia, Sandia Pueblo Police Dept

Notice To the Court For
Mitigation of Damages

1) Jones v City of Chicago Supra, 856
F. 2d at 993-94 states that a
Police officer who procures a
prosecution by lying to the prosecutor
or To the Grand Jury Can be Sued
For the consequence of the prosecution

2) False Imprisonment alone For the
Consequence of prosecution is over
200 years Thats Absurd amount
of compensation.

①

3) Mental Health          20,000

4) Pain + Suffering       20,000

5) emotional Distress     20,000

6) physical Damages       20,000

7) Long Term Health problem   20,000

8) punitive Damages

prayer

Due to the gross negligence of all involved, Violations of Civil rights and ~~Police Brutality~~ Tampering with evidence Falsifying Documents ~~and~~ I would Demand $1,000,000 and Dismissal of all charges in Case #16-000713 in Sandia Pueblo Police Dept.

Respectfully Submitted
Eddie Cota

2

TO: US District Court clerk

From: Edward Brian Crist

Re: Civil Rights Complaint

Dear Dist. Court clerk of the United States
      Please accept this Complaint as my
Official notice of claim To Civil Rights
Violations and illegal Police procedure
by Sandia Pueblo Police Dept.
I've enclosed Motion to proceed
28 U.S.C. 1915 and Financial
certificate From MDC. as I
Am Incarcerated and Indigent. 
Thank you For your time + Consideration
in this Matter

I hereby certify that        RespectFully Submitted
a copy was mailed        Eddie Crist
To The DeFendants        Edward Brian Crist
Nix, Gonzales, Garcia
when Filed by the
clerk also

28 usc - 1746
28 usc - 1621

Edward Crist
100 Deputy Dean Miera Dr SW
Albuquerque, NM 87151

Legal Mail

US District Court Clerk
333 Lomas Blvd NW #270
Albuquerque, NM 87102

RECEIVED
At Albuquerque NM

OCT 2 8 2016

MATTHEW J. DYKMAN
CLERK

neopost
10/27/2016
US POSTAGE $006.80⁰

PRIORITY MAIL

ZIP 87102
041M12251052